AO 451 (Rev. 01/09) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
для the
District of Nevada

| | |
|---|---|
| RENO-TAHOE SPECIALTY, INC., <br> *Plaintiff* <br> v. <br> MUNGCHI, INC., et al., <br> *Defendant* | ) ) ) ) ) ) ) |

CV14-mc-241

Civil Action No. 2:12-cv-01051-GMN-VCF

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*   12/10/2013   .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: 4/8/2014

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk





UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| RENO-TAHOE SPECIALTY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MUNGCHI, INC., et al., <br><br> Defendants. | 2:12-cv-01051-GMN-VCF <br><br> **FINAL JUDGMENT ON DEFAULT AND PERMANENT INJUNCTION** |

Plaintiff Reno-Tahoe Specialty, Inc. having filed an application for entry of default judgment against Defendants Top Design and Kyung Su Lee pursuant to Rule 55 of the Federal Rules of Civil Procedure, the Clerk of the Court having entered Default against Defendants on March 4, 2013, and, this Court having now given due consideration to Plaintiff's application for such judgment as well as all papers, pleadings, and exhibits offered in support thereof by Plaintiff, the Court being further fully advised in the matter, it is therefore,

ORDERED, ADJUDGED and DECREED that Judgment be entered in favor of Plaintiff Reno-Tahoe Specialty, Inc. and against Top Design and Kyung Su Lee, jointly and severally, on all counts of Plaintiff's Complaint; and, it is further ordered and adjudged that said Judgment shall include the following specific findings of fact and awarding of specific relief:

Plaintiff is the owner of U.S. Copyright Registration Nos. VA 993-271, VA 993-270, and VA 1-198-412 (collectively the "695 View") for various iterations of its "695 View" image of the Las Vegas Strip;

Defendants, without the knowledge or consent of Plaintiff, copied the 695 View into some storage medium;

1    Defendants, without the knowledge or consent of Plaintiff, manipulated copies of the 695 View
2 to create derivative works for use on T-shirts;
3    Defendants, without the knowledge or consent of Plaintiff, used the 695 View for their own T-
4 shirts to be sold at the same stores in which Plaintiff sells its own merchandise containing the 695 View;
5    The infringing T-shirts created, manufactured and distributed by Defendants are nearly identical
6 to the 695 View;
7    Defendants, without the knowledge or consent of Plaintiff, distributed and sold their infringing
8 T-shirts to gift stores throughout Las Vegas;
9    Defendants removed the copyright management information from the 695 View before copying
10 them to create the infringing T-shirts.
11    Defendants continue to manufacture, distribute and sell its infringing t-shirts to the public;
12    Defendants' conduct constitutes infringement of Plaintiff's copyrights in the 695 View; Plaintiff
13 and Defendants are competitors;
14    Defendants' use of the 695 View was intended to disrupt Plaintiff's prospective economic
15 advantage;
16    Defendants have acted willfully in their infringement of the 695 View;
17    Should Defendants' use of an image that is nearly identical to Plaintiff's copyrighted 695 View
18 continue, Plaintiff will continue to suffer irreparable injury for which an award of damages
19 would be inadequate; and
20    Defendants are liable for willful copyright infringement, removal or alternation of copyright
21 management information, unfair competition, and intentional interference with prospective economic
22 advantage.
23    THEREFORE, IT IS HEREBY ORDERED that Defendants Top Design and Kyung Su Lee and
24 their agents, servants, employees and/or all persons acting in concert or participation with Defendants
25

1 | are hereby permanently enjoined from copying, manipulating, adapting, reproducing, uploading,
2 | distributing, sharing, selling or displaying Plaintiff's 695 View or any derivatives thereof; and

3 |     IT IS FURTHER ORDERED that Defendants Top Design and Kyung Su Lee, jointly and
4 | severally, pay Plaintiff statutory damages of $50,000.00 for their willful copyright infringement;
5 | and

6 |     IT IS FURTHER ORDERED that Defendants Top Design and Kyung Su Lee, jointly and
7 | severally, pay Plaintiff statutory damages of $10,000 for removal or alteration of copyright management
8 | information; and

9 |     IT IS FURTHER ORDERED that Defendants Top Design and Kyung Su Lee, jointly and
10 | severally, pay Plaintiff's attorneys' fees in the amount of $12,000 and non-taxable costs in the amount of
11 | $600; and

12 |     IT IS FURTHER ORDERED that interest will accrue on the total judgment amount of Seventy-
13 | two Thousand Six Hundred Dollars ($72,600) at the federal court judgment rate from the date of entry of
14 | this Final Judgment.

15 |     IT IS FURTHER ORDERED, pursuant to FRCP 54(b), the court expressly determining that
16 | there is no just reason for delay, the court directs the entry of final judgment as stated herein on all
17 | claims against defendants Top Design and Kyung Su Lee.

18 |     IT IS FURTHER ORDERED that jurisdiction of this case shall be retained by this Court
19 | for the purpose of enforcing this Judgment.

20 |     IT IS SO ORDERED:

21 |     **DATED** this 10th day of December, 2013.

_____
Gloria M. Navarro
United States District Judge

I hereby attest and certify on 4/8/2014
that the foregoing document is a full, true
and correct copy of the original on file in my
legal custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

By _____ Deputy Clerk